# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH LIZETTE LUGO,<br><br>                Petitioner,<br><br>    v.<br><br>J. CAVAZOS,<br><br>                Respondent. | Case No. EDCV 13-1714-GW (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: August 3, 2017

                                              GEORGE H. WU
                                    UNITED STATES DISTRICT JUDGE